# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05822

Sheriff's Sale Date: _____

v.

APRIL L. CARSON AKA APRIL CARSON; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served APRIL L. CARSON the above process on the 1 day of February, 2017, at 4:52 o'clock, P.M, at 90 Plumtree Rd Levittown, PA 19056 3523, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 36-40  Height 5'6  Weight 150  Race WHITE  Sex FEMALE  Hair BLONDE
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__  )
                               ) SS:
County of __Berks__            )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158206
Case ID #: 4797015

Subscribed and sworn to before me
this __6__ day of __FEB__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017